1   James A. Michel
    State Bar No. 184730
2   2912 Diamond St. #373
    San Francisco CA 94131
3   415/ 239-4949
    (Fax 239-0156)
4   attyjmichel@gmail.com

5   Attorney for Plaintiffs
    ERINN DAVIS and ARTHELLE PORTER

6

7

8              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

10  ERINN DAVIS, an individual, and          Case No. 3:14-cv-03477-SC
    ARTHELLE PORTER, an individual,
11
             Plaintiff,                      STIPULATION FOR DISMISSAL
12                                           WITH ~~PROPOSED~~ ORDER

        v.
13
    NATIONAL COLLEGIATE STUDENT
14  LOAN TRUST 2004-2, a Delaware
    Statutory Trust, PATENAUDE &
15  FELIX, A PROFESSIONAL
    CORPORATION, a California
16  corporation; MICHAEL R.
    BOULANGER, individually and in his
17  official capacity; and NCO              Ctrm : 1, 17th Floor, 450 Golden Gate
    FINANCIAL SYSTEMS, INC., a                  Ave, San Francisco, California
18  Pennsylvania corporation and DOES 1    Judge: Hon. Samuel Conti
    through 10, inclusive,
19
             Defendants.
20
    _____/
21

22          Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, ERINN DAVIS and

23  ARTHELLE PORTER, and Defendants, NATIONAL COLLEGIATE STUDENT

24  LOAN TRUST 2005-3 and NCO FINANCIAL SYSTEMS, INC. PATENAUDE &

25  FELIX, APC and MICHAEL R. BOULANGER, stipulate, and the Court hereby

26  orders, as follows:

27

28

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiffs against Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.


DATED: February 17, 2015   /s/ James A. Michel
            JAMES A. MICHEL
            Attorney for Plaintiffs
            ERINN DAVIS and
            ARTHELLE PORTER


DATED: February 17, 2015   /s/Jeffrey W. Speights
            JEFFREY W. SPEIGHTS
            Patemaude & Felix, APC
            Attorneys for Defendants
            PATENAUDE & FELIX, APC and
            MICHAEL R. BOULANGER


DATED: February 20, 2015   /s/Debbie P. Kirkpatrick
            DEBBIE P. KIRKPATRICK
            Sessions Fishman Nathan & Israel LLP
            Attorneys for Defendants
            NATIONAL COLLEGIATE STUDENT
            LOAN TRUST 2005-3 and NCO
            FINANCIAL SYSTEMS, INC.

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.


DATED: _02/23/2015_____

            HON.
       UNITED STATES DISTRICT JUDGE

Judge Samuel Conti

STIPULATION FOR DISMISSAL WITH PROPOSED ORDER